IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>            Plaintiff,            )<br>                                                             )<br>Vs.                                      )<br>                                                             )<br>FRANCISCO JAVIER CRUZ-GUZMAN,  )<br>LUIS JACOLA-ECHEVERRIA,              )<br>                                                             )<br>            Defendants.          ) | 8:06CR389<br><br>**SCHEDULING ORDER** |

   IT IS ORDERED that the following is set for hearing on **December 21, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   -Initial Appearance and Arraignment on Indictment

   Since this is a criminal case, the defendant must be present, unless excused by the Court.   An interpreter will be provided by the Court.

   DATED this 19th day of December, 2006.

                                        BY THE COURT:


                                        S/ F.A. Gossett
                                        United States Magistrate Judge