## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR389 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| LUIS JACOLA-ECHEVERRIA, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to file under seal (Filing No. 23).

IT IS ORDERED:

1. The Defendant's motion to file under seal (Filing No. 23) is granted; and

2. The Defendant's motion to dismiss and supporting brief shall be filed under seal.

DATED this 10th day of January, 2007.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge