# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LUIS JACOLA-ECHEVERRIA, )<br>)<br>Defendant. ) | CASE NO. 8:06CR389<br><br><br>ORDER |

This matter is before the Court on the Defendant's motion to file under seal (Filing No. 23).

IT IS ORDERED:

1. The Defendant's motion to file under seal (Filing No. 23) is granted; and

2. The Defendant's motion to dismiss and supporting brief shall be filed under seal.

DATED this 10th day of January, 2007.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge