IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR389** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LUIS JACOLA-ECHEVERRIA,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of Jeffrey L. Thomas, Assistance Federal Public Defender, to withdraw as counsel for the defendant, Luis Jacola-Echeverria [39]. Since retained counsel, Glenn A. Shapiro has entered an appearance for the defendant [37], the motion to withdraw [39] is granted. Jeffrey L. Thomas shall be deemed withdrawn as attorney of record and shall forthwith provide Glenn A. Shapiro with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to the defendant's defense.

    **IT IS SO ORDERED.**

    DATED this 22nd day of January, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge