IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR389 |
| LUIS JACOLA-ECHEVERRIA, | ) ) | **ORDER** |
| Defendant. | ) ) | |

    Before the court are the defendant's Motion to Continue Hearing [51]. Good cause being shown, the motion will be granted and the the evidentiary hearing on the sealed motion to will be continued.

    IT IS ORDERED:

1. That the defendant's Motion to Continue Hearing [51]; and

2. The evidentiary hearing on the Sealed Motion is continued to **March 15, 2007 at 1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

    DATED this 13th day of February, 2007.

                                                                          BY THE COURT:

                                                                          s/ F.A. Gossett
                                                                          United States Magistrate Judge